# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## TACOMA DIVISION

In Re:                                    Case No. 17-44365-BDL

Barbara A Souza
Dennis W Souza                            Chapter 13

Debtors.                                  Judge Brian D Lynch

## NOTICE OF CREDITOR CHANGE OF ADDRESS

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                          28-1
Last 4 Digits of Account Number:      9603

| Current Address for Notices: | NEW Address for Notices (Effective Immediately): |
|---|---|
| Cenlar FSB | Home Point Financial Corporation |
| Attn: BK Department | 11511 Luna Road, Suite 300 |
| 425 Phillips Blvd. | Farmers Branch, TX 75234 |
| Ewing, NJ 08618 | |
| Phone: | Phone: |
| Email: | Email: |

| Current Address for Payments: | NEW Address for Payments (Effective Immediately): |
|---|---|
| Cenlar FSB | Home Point Financial Corporation |
| Attn: BK Department | PO Box 790309 |
| 425 Phillips Blvd. | St. Louis, MO 63179 |
| Ewing, NJ 08618 | |
| Phone: | Phone: |
| Email: | Email: |

Respectfully Submitted

/s/ D. Anthony Sottile

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 11, 2018, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

Thomas Brixius, Debtors' Counsel
thomas@brixiuslaw.com

Michael G. Malaier, Chapter 13 Trustee
ecfcomputer@chapter13tacoma.org

Office of the United States Trustee
ustpregion18.se.ecf@usdoj.gov

I further certify that on September 11, 2018, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Barbara A Souza, Debtor
15425 148th Ave Court East
Orting, WA 98360

Dennis W Souza, Debtor
15425 148th Ave Court East
Orting, WA 98360

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com